1
Douglas B. Jacobs 084153
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, California 95973
(530) 342-6144
(530) 342-6310 fax
djacobs@japc-law.com

Attorney for Appellees,
Blane Leland Parrott and Jenette
Lavaun Parrott

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARL BRUNE,** | District Court Case No.: 2:15-CV-01644-TLN |
| Appellant, | Bankruptcy Court Case No.: 14-24810-A-7 |
| vs. | Adversary Proceeding Number: 14-02155-A |
| **BLANE LELAND PARROTT and JENETTE LAVAUN PARROTT,** | ORDER ON EX PARTE APPLICATION TO CONTINUE APPELLANT'S BANKRUPTCY APPEAL HEARING |
| Appellee(s). | |

After reviewing the Ex Parte Application to Continue Appellant's Bankruptcy Appeal Hearing scheduled for May 5, 2016, and good cause appearing therefore, the request is granted.

IT IS ORDERED that Appellant's Bankruptcy Appeal hearby be continued until July 28, 2016 at 2:00 p.m.

Dated: April 19, 2016

_____
Troy L. Nunley
United States District Judge

-1-
**ORDER ON EX PARTE APPLICATION TO CONTINUE APPELLANT'S BANKRUPTCY APPEAL HEARING**